*J. Baker*, for the appellants.

---

## ROBINSON *v.* RANSOM and Others.

Wednesday, June 15.

APPEAL from the *Marion* Court of Common Pleas.

*Per Curiam.*—The judgment in this case is affirmed, for the reason given in *Ward* v. *Buell*, 11 Ind. R. 327, the questions arising in the record of each case being similar.

The judgment is affirmed with 5 per cent. damages and costs.

*D. Moss* and *J. W. Evans*, for the appellant.
*S. Yandes* and *C. C. Hines*, for the appellees.